# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

HASAN ALADDIN HADID,

Plaintiff,

v.

STATE FARM BANK, F.S.B.,

Defendant.

Case No. 1:16-cv-11761

Honorable Judge Jorge L. Alonso

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, HASAN ALADDIN HADID ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a) (1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, STATE FARM BANK, F.S.B., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: May 24, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com